**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

XIANGDONG CHEN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

X FINANCIAL, YUE TANG, JIE ZHANG, SHAOYONG CHENG, DING GAO, SHENGWEN RONG, ZHENG XUE, LONGGEN ZHANG, RICHARD ARTHUR, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. INTERNATIONAL PLC, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CHINA EVERBRIGHT SECURITIES (HK) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LTD., AND AMTD GLOBAL MARKETS LIMITED,

Defendants.

No. 1:19-cv-06908-KAM-SJB

---

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**DISMISSAL OF SECTION 12(A)(2) CLAIM**

WHEREAS, on December 9, 2019, Plaintiff Xiangdong Chen filed a Class Action Complaint for Violations of the Federal Securities Laws in the above-referenced action (ECF No. 1);

WHEREAS, on July 13, 2020, Lead Plaintiffs Xiangdong Chen and Ke Zheng ("Plaintiffs") filed an Amended Class Action Complaint for Violations of the Federal Securities Laws in the above-referenced action (ECF No. 22, the "Amended Complaint");

WHEREAS, Count II of the Amended Complaint asserts a cause of action under Section 12(a)(2) of the Securities Act of 1933 against Defendants Morgan Stanley & Co. LLC, Deutsche

Bank Securities Inc., Morgan Stanley & Co. International plc, China Everbright Securities (HK) Limited, China Merchants Securities (HK) Co., Ltd., and AMTD Global Markets Limited (collectively, the "Underwriter Defendants");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Plaintiffs voluntarily dismiss, without prejudice, Count II of the Amended Complaint;

2. Plaintiffs and the Underwriter Defendants reserve all rights with respect to the claims asserted in Count II of the Amended Complaint, including for purposes of any appeal in the above-captioned proceeding;

3. This stipulation shall not be construed against the party preparing it, but shall be construed as if the parties jointly prepared this stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

4. This stipulation may be executed in counterparts, and copies thereof furnished by facsimile or in electronic format shall be deemed originals for all purposes.

DATED: August 31, 2020

2

POMERANTZ LLP

By: *s/Cara David*
Jeremy A. Lieberman
Cara David
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
cdavid@pomlaw.com


Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*Attorneys for Lead Plaintiffs*

LATHAM & WATKINS LLP

By: *s/Andrew B. Clubok*
Andrew B. Clubok
Susan E. Engel
Jooyoung Yeu

885 Third Avenue
New York, NY 10022
Telephone:  (212) 906-1200
andrew.clubok@lw.com
susan.engel@lw.com
jooyoung.yeu@lw.com

*Counsel for Defendants Morgan Stanley &
Co. LLC and Deutsche Bank Securities Inc.*


Dated: _____, 2020

IT IS SO ORDERED.


_____
Hon. Kiyo A. Matsumoto
United States District Judge

3