UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIANGDONG CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>X FINANCIAL, YUE TANG, JIE ZHANG, SHAOYONG CHENG, DING GAO, SHENGWEN RONG, ZHENG XUE, LONGGEN ZHANG, RICHARD ARTHUR, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. INTERNATIONAL PLC, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CHINA EVERBRIGHT SECURITIES (HK) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LTD., AND AMTD GLOBAL MARKETS LIMITED,<br><br>Defendants. | No. 1:19-cv-06908-KAM-SJB<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF THE X FINANCIAL DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated December 7, 2020, and the accompanying Declaration of Brian S. Weinstein, dated December 7, 2020, and the exhibits thereto, Defendants X Financial, Yue Tang, Shaoyong Cheng, Shengwen Rong, Zheng Xue, and Longgen Zhang (collectively, the "X Financial Defendants") will move this Court before the Honorable Kiyo A. Matsumoto, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11202, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Amended

Complaint of Lead Plaintiffs Xiangdong Chen and Ke Zheng (Dkt. No. 22) and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Minute Order dated October 8, 2020, Plaintiffs shall serve any opposition papers by February 5, 2021, and the X Financial Defendants shall serve any reply papers in further support of this motion by March 8, 2021.

Dated: New York, New York
December 7, 2020

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ *Brian S. Weinstein*
Brian S. Weinstein
Craig J. Bergman
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
brian.weinstein@davispolk.com
craig.bergman@davispolk.com

Jonathan K. Chang
18/F, The Hong Kong Club Building
3A Chater Road
Hong Kong, SAR
China
Telephone: +852-2533-3300
jonathan.chang@davispolk.com

*Attorneys for the X Financial Defendants*