

**Cara David, Esq.**
**Of Counsel**

March 8, 2021

<u>VIA ECF and FEDEX</u>

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Chen v. X Financial, et al.*, No. 1:19-cv-06908-KAM-SJB

Dear Judge Matsumoto:

    Enclosed please find a courtesy copy of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint (the "Opposition").  Pursuant to the Scheduling Order issued by this Court on October 8, 2020, the Opposition was served on Defendants on February 5, 2021, and is being filed via ECF today, March 8, 2021. A joint letter requesting oral argument is forthcoming.

        Respectfully submitted,

        *s/ Cara David*
        Cara David

cc: All counsel of record (via ECF)