**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XIANGDONG CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>X FINANCIAL, YUE TANG, JIE ZHANG, SHAOYONG CHENG, DING GAO, SHENGWEN RONG, ZHENG XUE, LONGGEN ZHANG, RICHARD ARTHUR, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. INTERNATIONAL PLC, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CHINA EVERBRIGHT SECURITIES (HK) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LTD., AND AMTD GLOBAL MARKETS LIMITED,<br><br>Defendants. | No. 1:19-cv-06908-KAM-SJB<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF JOINDER IN THE X FINANCIAL DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Morgan Stanley & Co. LLC and Deutsche Bank Securities Inc. (the "Domestic Underwriter Defendants"), by and through their undersigned counsel, respectfully submit this Notice of Joinder in the Motion to Dismiss the Amended Complaint filed by Defendants X Financial, Yue Tang, Shaoyong Cheng, Shengwen Rong, Zheng Xue, and Longgen Zhang (collectively, the "X Financial Defendants"). The Domestic Underwriter Defendants expressly join in, adopt, and incorporate by reference herein all the arguments and authorities set forth in the Memorandum of Law in Support of the X Financial Defendants' Motion to Dismiss the Amended Complaint (the "X Financial Motion") to the extent that they set forth grounds for the dismissal of Count I of the Amended Complaint, which alleges violations of Section 11 of the Securities Act

of 1933 ("Securities Act") against all Defendants and is the sole remaining cause of action alleged against the Domestic Underwriter Defendants.  Pursuant to the Stipulation and Proposed Order Regarding Dismissal of Section 12(a)(2) Claim (Dkt. No. 63), which was so-ordered by the Court on September 8, 2020 (Dkt. No. 64), Plaintiffs voluntarily have dismissed Count II of the Amended Complaint, which alleged violations of Section 12(a)(2) of the Securities Act against, *inter alia*, the Domestic Underwriter Defendants.[1]  Plaintiffs further do not allege claims arising under Section 15 of the Securities Act or under the Securities Exchange Act of 1934 against the Domestic Underwriter Defendants.  For the reasons set forth in the X Financial Motion, the Domestic Underwriter Defendants respectfully request that the Court dismiss the Section 11 claim set forth in Count I with prejudice.

---

[1] Underwriter Defendants Morgan Stanley & Co International plc, China Everbright Securities (HK) Limited, China Merchants Securities (HK) Co., Ltd., and AMTD Global Markets Limited ("AMTD")  (collectively, the "Unserved Underwriter Defendants") have neither been served nor appeared in this action.  Plaintiffs' time to serve all but AMTD is tolled until resolution of this motion, and the Unserved Underwriter Defendants are not required to respond to the Amended Complaint until after such resolution, if at all.  (Dkt. Nos. 59, 61).

Dated: December 7, 2020

LATHAM & WATKINS LLP

By:  /s/ Andrew B. Clubok

Andrew B. Clubok
Susan E. Engel
Jooyoung Yeu
885 Third Avenue
New York, NY 10022
Telephone:  (212) 906-1200
andrew.clubok@lw.com
susan.engel@lw.com
jooyoung.yeu@lw.com

*Counsel for Defendants Morgan Stanley &
Co. LLC and Deutsche Bank Securities Inc.*