UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| XIANGDONG CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>X FINANCIAL, YUE TANG, JIE ZHANG, SHAOYONG CHENG, DING GAO, SHENGWEN RONG, ZHENG XUE, LONGGEN ZHANG, RICHARD ARTHUR, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. INTERNATIONAL PLC, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CHINA EVERBRIGHT SECURITIES (HK) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LTD., AND AMTD GLOBAL MARKETS LIMITED,<br><br>Defendants. | No. 1:19-cv-06908-KAM-SJB<br><br>**ORAL ARGUMENT REQUESTED** |

## THE COGENCY DEFENDANTS NOTICE OF JOINDER IN THE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE X FINANCIAL DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900

*Attorneys for Cogency Global Inc.,
Richard Arthur and Colleen A. DeVries*

309192375.1

Defendants Cogency Global Inc., Richard Arthur, and Colleen DeVries, by and through their undersigned counsel, to avoid duplication and for efficiency, expressly join in, adopt, and incorporate by reference herein all the arguments and authorities set forth in the Reply Memorandum of Law in Further Support of the X Financial Defendants' Motion to Dismiss the Amended Complaint dated March 8, 2021 and respectfully request that the Amended Complaint be dismissed with prejudice.

Dated:  March 8, 2021

Respectfully submitted,

K&L GATES LLP

By: /s/ *Joanna A. Diakos*

    Joanna A. Diakos, Esq.
    K&L Gates LLP
    599 Lexington Avenue
    New York, New York 10022
    Tel.:  (212) 536-3900
    Fax:  (212) 536-3901
    Email:  joanna.diakos@klgates.com

    *Attorneys for Defendants Cogency Global Inc., Colleen A. DeVries, and Richard Arthur*

309192375.1