UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIANGDONG CHEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> X FINANCIAL, YUE TANG, JIE ZHANG, SHAOYONG CHENG, DING GAO, SHENGWEN RONG, ZHENG XUE, LONGGEN ZHANG, RICHARD ARTHUR, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. INTERNATIONAL PLC, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CHINA EVERBRIGHT SECURITIES (HK) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LTD., AND AMTD GLOBAL MARKETS LIMITED, <br><br> Defendants. | No. 1:19-cv-06908-KAM-SJB |

**DECLARATION OF BRIAN S. WEINSTEIN IN SUPPORT OF
THE X FINANCIAL DEFENDANTS' OPPOSITION TO
PLAINTIFFS' OBJECTIONS TO THE REPORT AND RECOMMENDATION**

Brian S. Weinstein declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that

following is true and correct:

1.      I am member of the firm Davis Polk & Wardwell LLP, counsel for Defendants X

Financial, Yue Tang, Shaoyong Cheng, Shengwen Rong, Zheng Xue, and Longgen Zhang

(collectively, the "X Financial Defendants") in the above-captioned matter.  I respectfully submit

this Declaration in support of the X Financial Defendants' Opposition to Plaintiffs' Objections

(Dkt. No. 97) to the Report & Recommendation of United States Magistrate Judge Sanket J.

Bulsara (Dkt. No. 94), which is being filed concurrently herewith.

2.      Annexed hereto as **<u>Exhibit 1</u>** is a true and correct transcript of the oral argument

on Defendants' motion to dismiss the Amended Complaint in this matter held before Magistrate

Judge Bulsara on October 6, 2021.

3.      I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         January 6, 2022

                                             /s/ *Brian S. Weinstein*
                                             Brian S. Weinstein

2