UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

XIANGDONG CHEN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

X FINANCIAL, YUE TANG, JIE ZHANG, SHAOYONG CHENG, DING GAO, SHENGWEN RONG, ZHENG XUE, LONGGEN ZHANG, RICHARD ARTHUR, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. INTERNATIONAL PLC, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CHINA EVERBRIGHT SECURITIES (HK) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LTD., AND AMTD GLOBAL MARKETS LIMITED,

Defendants.

No. 1:19-cv-06908-KAM-SJB

---

**NOTICE OF JOINDER IN THE**
**X FINANCIAL DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' OBJECTIONS TO THE REPORT AND RECOMMENDATION REGARDING DEFENDANTS' MOTION TO DISMISS**

Defendants Morgan Stanley & Co. LLC and Deutsche Bank Securities Inc. (the "Domestic Underwriter Defendants"), by and through their undersigned counsel, respectfully submit this Notice of Joinder in the Memorandum of Law in Opposition to Plaintiffs' Objections to the Report and Recommendation Regarding Defendants' Motion to Dismiss (the "Opposition") filed by Defendants X Financial, Yue Tang, Saying Cheng, Shengwen Rong, Zheng Xue, and Longgen Zhang (collectively, the "X Financial Defendants"). The Domestic Underwriter Defendants expressly join in, adopt, and incorporate by reference herein all the arguments and authorities set forth in the Opposition to the extent that they pertain to claims brought under the Securities Act of

1933. For the reasons set forth in the Opposition, the Domestic Underwriter Defendants respectfully request that the Court overrule Plaintiffs' Objections to the Report & Recommendation of United States Magistrate Judge Sanket J. Bulsara, dated December 9, 2021 (Dkt. No. 94).

DATED: January 6, 2022

LATHAM & WATKINS LLP

By:  /s/ Andrew B. Clubok

Andrew B. Clubok
Susan E. Engel
Jooyoung Yeu
1271 Avenue of the America
New York, NY 10020
Telephone:  (212) 906-1200
andrew.clubok@lw.com
susan.engel@lw.com
jooyoung.yeu@lw.com

*Counsel for Defendants Morgan Stanley &
Co. LLC and Deutsche Bank Securities Inc.*