**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

XIANGDONG CHEN, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

      v.

X FINANCIAL, YUE TANG, JIE ZHANG, SHAOYONG CHENG, DING GAO, SHENGWEN RONG, ZHENG XUE, LONGGEN ZHANG, RICHARD ARTHUR, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. INTERNATIONAL PLC, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CHINA EVERBRIGHT SECURITIES (HK) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LTD., AND AMTD GLOBAL MARKETS LIMITED,

                Defendants.

No. 1:19-cv-06908-KAM-SJB

---

**NOTICE OF JOINDER IN THE**
**X FINANCIAL DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO**
**PLAINTIFFS' OBJECTIONS TO THE REPORT AND RECOMMENDATION**
**REGARDING DEFENDANTS' MOTION TO DISMISS**

Defendants Cogency Global Inc., Richard Arthur and Colleen A. DeVries (collectively, the "Cogency Defendants"), by and through their undersigned counsel, to avoid duplication and for efficiency, respectfully submit this Notice of Joinder in the Memorandum of Law in Opposition to Plaintiffs' Objections to the Report and Recommendation Regarding Defendants' Motion to Dismiss (the "Opposition") filed by Defendants X Financial, Yue Tang, Saying Cheng, Shengwen Rong, Zheng Xue, and Longgen Zhang (collectively, the "X Financial Defendants"). The Cogency Defendants expressly join in, adopt, and incorporate by reference herein all the arguments and authorities set forth in the Opposition to the extent that they relate to claims brought under the

Securities Act of 1933. For the reasons set forth in the Opposition, the Cogency Defendants respectfully request that the Court overrule Plaintiffs' Objections to the Report & Recommendation of United States Magistrate Judge Sanket J. Bulsara, dated December 9, 2021 (Dkt. No. 94).

Dated: January 6, 2022

Respectfully submitted,

K&L GATES LLP

By: /s/ *Joanna A. Diakos*

    Joanna A. Diakos, Esq.
    K&L Gates LLP
    599 Lexington Avenue
    New York, New York 10022
    Tel.: (212) 536-3900
    Fax: (212) 536-3901
    Email: joanna.diakos@klgates.com

*Attorneys for Defendants Cogency Global Inc., Richard Arthur, and Colleen A. DeVries*

2