# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIANGDONG CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    v.<br><br>X FINANCIAL, YUE TANG, JIE ZHANG, SHAOYONG CHENG, DING GAO, SHENGWEN RONG, ZHENG XUE, LONGGEN ZHANG, RICHARD ARTHUR, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. INTERNATIONAL PLC, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CHINA EVERBRIGHT SECURITIES (HK) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LTD., and AMTD GLOBAL MARKETS LIMITED,<br><br>         Defendants. | Case No. 1:19-cv-06908<br><br>Hon. Kiyo A. Matsumoto |

## NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

   WHEREAS, on March 13, 2022, the Court dismissed Lead Plaintiffs Xiangdong Chen and Ke Zheng's ("Plaintiffs") claims under Sections 11, 12, and 15 of the Securities Act of 1933 with prejudice and dismissed Plaintiffs' claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 with leave to replead within 30 days from the date of that ruling, and ruled that if Plaintiffs fail to file a Second Amended Complaint within thirty days, judgment will be entered in favor of Defendants, and this case will be closed (ECF No. 104);

WHEREAS, no defendant in the above-captioned action, *Chen v. X Financial, et al.*, No. 1:19-cv-06908, brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs hereby voluntarily dismiss the above-captioned action, with prejudice, as to all defendants.

Dated: April 12, 2022

**POMERANTZ LLP**

By: */s/ Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

**HAO LAW FIRM**

Junbo Hao
Beijing Hao Junbo Law Firm
Rom 3-401 No.2 Building
No.1 Shuangliubei Street
Beijing, PR China 100024
Telephone: 0086 137 18052 888
Email: jhao@haolaw.cn

*Additional Attorneys for Lead Plaintiffs*

**SO ORDERED:**
/s/ Kiyo A. Matsumoto, USDJ
Dated: 4.14.22

_____
Kiyo A. Matsumoto
United States District Judge